IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



**FILED**
4:44 pm, 5/10/13
**Stephan Harris**
**Clerk of Court**

**Alan B. Johnson, U.S. District Judge**

| | |
|---|---|
| John Lang, Deputy Clerk | May 10, 2013 |
| Jan Davis, Court Reporter | |
| Sherrill Veal, Law Clerk | Cheyenne |

United States of America,

    Plaintiff,

vs.

Jacqueline M. Garcia and
Sigifredo Molina Varela,

    Defendants.

Plaintiff's Attorneys:
Stuart Healy, III

**Docket Number:**      **13-CR-4-ABJ**

Defendant's Attorneys:
Thomas Fleener
Thomas Jubin

COURTROOM MINUTES
JURY TRIAL
DAY 4

**9:15 a.m.**     Court in session

**Evidentiary matters addressed**
The Government offers exhibits 25B, 25C, 25D, 26A, 27A, 28A, 29A, 30A, 33A, 36A, 37A, 39A; Received.

**9:17 a.m.**     Jury brought into courtroom

**Government Witness**
Whitney Dawn Rose, Gillette, 9:18 - 9:35

The Court notes for the record that the defendants became emotional when some of their family entered the courtroom.

**9:36 a.m.**     Recess

**9:40 a.m.**     Court in session

The Court remarks that it is understandable that tears may be shed during a trial but loud sobs and loss of control is something that is improper in federal courts. If there is any attempt to disturb the court proceedings that comes from the audience, the judge will ask the Marshal to take appropriate action to remove the offender from the courtroom.

**9:42 a.m.**     Jury brought back into the courtroom

**Government Witness**
Continuation of the testimony of Whitney Rose, 9:43 - 10:24

**10:24 a.m.**     Recess

**10:53 a.m.**     Court in session

Prior to the jury being brought into the courtroom the Court inquires of Heidi Blankenship as to her ability to testify. She indicated she can go forward.

**Government Witnesses**
Heidi Blankenship (In Custody), 10:55 - 11:19
Brian Goodby, Chemist, Wyoming State Crime Lab, 11:20 - 11:27
Joshua Williams, Chemist, Wyoming State Crime Lab, 11:28 - 11:38

**11:39 a.m.**     Lunch Recess. Resume at 1:00 p.m.

**1:03 p.m.**     Court in session

**Government Witnesses**
Robert Brodie (In Custody), 1:04 - 1:49
Trevor Budd, Task Force Officer DCI, 1:50 - 2:15

Government Rests

Jury given end of day instruction and is excused for the weekend. Jury is to return on 5/13/13 at 10:00 a.m.

The Court advised the defendants of their rights.

Defendants move for judgement of acquittal.

The Court denies the defendant's motions for acquittal.

Jury Instruction to be held Monday morning.

**2:24 p.m.**    Court stands in recess until 8:15 a.m. on 5/13/2013