

**FILED**

*5:29 pm, 5/13/13*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

**Alan B. Johnson, U.S. District Judge**

---

John Lang,  Deputy Clerk                                    May 13, 2013
Jan Davis, Court Reporter
Sherrill Veal, Law Clerk                                        Cheyenne

United States of America,                 Plaintiff's Attorneys:
                                          Stuart Healy, III
                    Plaintiff,

               vs.              **Docket Number:      13-CR-4-ABJ**

Jacqueline M. Garcia and        Defendant's Attorneys:
Sigifredo Molina Varela,        Thomas Fleener
                                Thomas Jubin
                    Defendants.

---

COURTROOM MINUTES
JURY TRIAL
DAY 5

---

Off the record jury instruction conference held in chambers.

**9:47 a.m.**      Court in Session - In Chambers

On the record portion of the jury instruction held.

Refused jury instructions signed by the Court and submitted for filing.

**10:07 a.m.**      Jury instruction conference concludes

**10:22 a.m.**      Court in session

Both defendants rested and Evidence is closed.

Initial instructions given by the Court prior to closing statements.

**<u>Closing Statements</u>**
Stuart Healy, 11:04 - 11:27
Tom Fleener, 11:28 - 11:49
Tom Jubin, 11:49 - 12:11

**<u>Rebuttal</u>**
Stuart Healy, 12:11 - 12:19

Final instructions given.

Bailiff Sworn.

Alternate jurors excused.

**12:50 p.m.**      Case submitted to the jury for deliberations

**4:46 p.m.**      Court in session

The Court informs the defendants/counsel as to the verdict process.

The Jury returned to the courtroom.

Roll was called.  All jurors present.

The presiding juror read the verdicts into the record.

Defendant Jacqueline Garcia is found guilty of count 1 of the indictment.  The jury finds the quantity of methamphetamine possessed with intent to distribute, and to distribute, in the conspiracy charged in count 1 to be 500 grams or more.

Defendant Jacqueline Garcia is found guilty of count 2 of the indictment.

Defendant Sigifredo Molina Varela  is found guilty of count 1 of the indictment.  The jury finds the quantity of methamphetamine possessed with intent to distribute, and to distribute, in the conspiracy charged in count 1 to be 500 grams or more.

Defendant Sigifredo Molina Varela is found guilty of count 2 of the indictment.

The Jury was polled.

The Court orders pre-sentence investigation reports as to each defendant.

Sentencing hearings set on 7/22/2013 at 1:30 p.m.

The Court gives the jury final instructions.

The defendants are committed to the U.S. Marshal.

The jury is discharged.

**5:08 p.m.**      Court stands adjourned